UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KARLA ASCENCIO,<br><br>        Plaintiff,<br><br>    v.<br><br>LA LOMA PRODUCE NOS 3 AND 9, INC.,<br>et al.,<br><br>        Defendants.<br>_____/ | No. C 12-06531 LB<br><br>**ORDER TO SHOW CAUSE RE:<br>FAILURE TO PROSECUTE** |

On December 26, 2012, Plaintiff filed this action against Defendants alleging violations of the Americans with Disabilities Act. Complaint, ECF No. 1. Defendants answered her complaint on March 7, 2013. Answers, ECF Nos. 6-8.

On October 24, 2013, a Certification of Medication was filed that states that the action settled in its entirety. Certification of Medication, ECF No. 14. In light of this Certification, on December 9, 2013 the court's clerk issued a notice directing Plaintiff, by December 12, 2013, to dismiss the action or file a case management conference statement. Clerk's Notice, ECF No. 15. December 12, 2013 was six days ago, yet Plaintiff done neither. See generally Docket.

Accordingly, in light of the Certification and Plaintiffs failure to comply with court's directive found in the clerk's notice, the court **ORDERS** Plaintiff to show cause why this action should not be dismissed for failure to prosecute it. Plaintiff **SHALL** do so by filing a written response no later than **5:00 p.m. Thursday, December 19, 2013**. If Plaintiff does not file a response by the deadline, Plaintiff is warned that the court may dismiss the action without prejudice.

C 12-06531 LB
ORDER TO SHOW CAUSE

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
LAUREL BEELER
United States Magistrate Judge